### 28504.   PASCHAL *v.* THE STATE.

BROYLES, C. J.   The defendant was convicted in the criminal court of Fulton County of operating a lottery, known as the "number game," for the hazarding of money.   The evidence authorized the verdict, and none of the special assignments of error in the petition for certiorari shows cause for another trial of the case.   The overruling of the certiorari was not error.

*Judgment affirmed. MacIntyre and Gardner, JJ., concur.*

DECIDED OCTOBER 2, 1940.

*C. G. Battle,* for plaintiff in error.

*Bond Almand, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.